# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 11-1111


STATE OF LOUISIANA

VERSUS

LARRY J. MCKITHERN

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 25391-09
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

**********

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Elizabeth A. Pickett, Judges.


**CONVICTIONS AFFIRMED. HABITUAL ADJUDICATION VACATED; REMANDED.**


John Foster DeRosier
District Attorney - 14th Judicial District Court
Carla Sue Sigler
Assistant District Attorney
P. O. Box 3206
Lake Charles, LA 70602-3206
Telephone: (337) 437-3400
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

Edward Kelly Bauman
Louisiana Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
Telephone: (337) 491-0570
COUNSEL FOR:
    Defendant/Appellant - Larry Joseph McKithern

**Karen C. McLellan**
**The Gray Law Firm**
**P. O. Box 1467**
**Lake Charles, LA 70602-1467**
**Telephone: (337) 494-0694**
**COUNSEL FOR:**
  **Plaintiff/Appellee - State of Louisiana**

**Larry Joseph McKithern**
**Louisiana State Prison**
**Camp D Falcon 3**
**Angola, LA 70712**
  **Defendant/Appellant**

**THIBODEAUX, Chief Judge.**

For the reasons expressed in *State v. McKithern*, 11-1402 (La.App. 3 Cir __/__/12), __So.3d __, this court affirms Larry J. McKithern's convictions, vacates McKithern's adjudication and sentences as a habitual offender, and remands the matter for further proceedings to determine McKithern's habitual offender status and for resentencing. The trial court is instructed to notify McKithern of the provisions of La.Code Crim.P. art. 930.8 at resentencing.

**CONVICTIONS AFFIRMED. HABITUAL ADJUDICATION VACATED; REMANDED.**